# NO. 12-08-00441-CR

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *RICHARD RANDALL SPRINGER,* *APPELLANT* | § | *APPEAL FROM THE 114TH* |
| *V.* | § | *JUDICIAL DISTRICT COURT OF* |
| *THE STATE OF TEXAS,* *APPELLEE* | § | *SMITH COUNTY, TEXAS* |

*MEMORANDUM OPINION*
*PER CURIAM*

Appellant pleaded guilty to the offense of possession of a controlled substance in a drug free zone. The trial court sentenced Appellant to imprisonment for three years. We have received the trial court's certification showing that Appellant waived his right to appeal. *See* TEX. R. APP. P. 25.2(d). The certification is signed by Appellant and his counsel and includes the notice, as required by rule 25.2, that Appellant has been informed of his rights concerning an appeal, as well as any right to file a pro se petition for discretionary review. *See* TEX. R. APP. P. 25.2(d). Accordingly, the appeal is *dismissed* for want of jurisdiction.

Opinion delivered November 19, 2008.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(DO NOT PUBLISH)